GREEN ET AL., APPELLANTS, *v.* BARBOUR ET AL., APPELLEES.

[Cite as *Green v. Barbour* (2001), 92 Ohio St.3d 219.]

(No. 01–500—Submitted April 24, 2001—Decided July 5, 2001.)

---

The question certified for our consideration is "[w]hether R.C. 3937.18[A][2], as amended by Am.Sub.S.B. 20, permits an insurer to set off [underinsured motorist] coverage against a tortfeasor's liability limits rather than the actual amount available to the victim."

Pursuant to our decisions in *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719, the certified question is answered in the negative. The judgment of the court of appeals is reversed on the authority of *Littrell* and *Clark*, and the cause is remanded to the trial court for further proceedings consistent with our decisions in *Littrell* and *Clark*.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

COOK, J., not participating.

---

*Paul M. Kaufman*, for appellants.